IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

    v.                    Crim. No. 05-20079

MIGUEL ANGEL FACUNDO-GUZMAN                                       DEFENDANT

## **ORDER**

Now on this 14th day of February, 2012, there comes on for consideration Defendant's *pro se* motion (doc. 63) and the Government's response (doc. 64). On September 7, 2006, Defendant was sentenced to one-hundred (100) months imprisonment for Illegal Re-Entry into the United States after Deportation for an Aggravated Felony (doc. 47). In his motion, Defendant contends he is being held hostage in the Bureau of Prisons, as it is no longer against the law to be an alien in the United States and requests immediate deportation. Defendant cites no legal authority for his motion, and the Court is aware of none. Defendant's motion (doc. 63) is DENIED.

    IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge